| Company Code | Loc/Dept | Number | Page | | Earnings Statement |  |
|---|---|---|---|---|---|---|
| RZ / DAH 22522841 | 01/ | 6995973 | 1 of 1 | | | |

Matt Heavy Duty Mobile Diagnostics
102 Clarion Dr
Souderton, PA 18964

Period Starting: 06/26/2024
Period Ending: 07/02/2024
Pay Date: 07/05/2024

Taxable Filing Status: Head Of Household
Exemptions/Allowances:  Tax Override:
Federal:  Std W/H Table   Federal:  0.00 Addnl
State:  0   State:
Local:  0   Local:
Social Security Number: XXX-XX-XXXX

MATTHEW KRECKIE
54 Blue Spruce Road
Albrightsville, PA 18210-9407

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 34.0000 | 39.73 | 1350.82 | 5259.12 |
| Overtime | | | 0.00 | 575.28 |
| Gross Pay | | | $1,350.82 | $5,834.40 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -66.73 | 324.87 |
| Social Security | -83.75 | 361.73 |
| Medicare | -19.59 | 84.60 |
| Pennsylvania State Income | -41.47 | 179.12 |
| Pennsylvania State UI | -0.95 | 4.09 |
| Hilltown T Local Income | -13.51 | 58.35 |
| Hilltown Twp Local Services | -1.00 | 4.00 |
| Net Pay | | $1,123.82 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 39.73 | 165.96 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0954 | XXXXXXXXX | 1123.82 |

Important Notes
Basis of pay: Hourly

Your federal taxable wages this period are $1,350.82

Matt Heavy Duty Mobile Diagnostics
102 Clarion Dr
Souderton, PA 18964

Pay Date: 07/05/2024

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0954 | XXXXXXXXX | 1123.82 |

THIS IS NOT A CHECK

MATTHEW KRECKIE
54 Blue Spruce Road
Albrightsville, PA 18210-9407

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / DAH 22522841 | 01/ | 7006224 | 1 of 1 |

Matt Heavy Duty Mobile Diagnostics
102 Clarion Dr
Souderton, PA 18964

# Earnings Statement



Period Starting: 07/03/2024
Period Ending: 07/09/2024
Pay Date: 07/12/2024

Taxable Filing Status: Head Of Household
Exemptions/Allowances:
 Federal: Std W/H Table
 State: 0
 Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
 Federal: 0.00 Addnl
 State:
 Local:

MATTHEW KRECKIE
54 Blue Spruce Road
Albrightsville, PA 18210-9407

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 34.0000 | 36.60 | 1244.40 | 6503.52 |
| Overtime | | | 0.00 | 575.28 |
| Holiday | 34.0000 | 8.00 | 272.00 | 272.00 |
| Gross Pay | | | $1,516.40 | $7,350.80 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -86.60 | 411.47 |
| Social Security | -94.02 | 455.75 |
| Medicare | -21.99 | 106.59 |
| Pennsylvania State Income | -46.55 | 225.67 |
| Pennsylvania State UI | -1.06 | 5.15 |
| Hilltown T Local Income | -15.16 | 73.51 |
| Hilltown Twp Local Services | -1.00 | 5.00 |
| Net Pay | $1,250.02 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 36.60 | 202.56 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0954 | XXXXXXXXX | 1250.02 |

Important Notes
Basis of pay: Hourly

Your federal taxable wages this period are $1,516.40

---

Matt Heavy Duty Mobile Diagnostics
102 Clarion Dr
Souderton, PA 18964

Pay Date: 07/12/2024

**THIS IS NOT A CHECK**

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0954 | XXXXXXXXX | 1250.02 |

MATTHEW KRECKIE
54 Blue Spruce Road
Albrightsville, PA 18210-9407

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / DAH 22522841 | 01/ | 7022979 | 1 of 1 |

Matt Heavy Duty Mobile Diagnostics
102 Clarion Dr
Souderton, PA 18964

# Earnings Statement



Period Starting: 07/10/2024
Period Ending: 07/16/2024
Pay Date: 07/19/2024

Taxable Filing Status: Head Of Household
Exemptions/Allowances:
Federal: Std W/H Table
State: 0
Local: 0
Tax Override:
Federal: 0.00 Addnl
State:
Local:
Social Security Number: XXX-XX-XXXX

MATTHEW KRECKIE
54 Blue Spruce Road
Albrightsville, PA 18210-9407

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 34.0000 | 36.76 | 1249.84 | 7753.36 |
| Overtime | | | 0.00 | 575.28 |
| Holiday | | | 0.00 | 272.00 |
| Gross Pay | | | $1,249.84 | $8,600.64 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -54.62 | 466.09 |
| Social Security | -77.49 | 533.24 |
| Medicare | -18.12 | 124.71 |
| Pennsylvania State Income | -38.37 | 264.04 |
| Pennsylvania State UI | -0.87 | 6.02 |
| Hilltown T Local Income | -12.50 | 86.01 |
| Hilltown Twp Local Services | -1.00 | 6.00 |
| Net Pay | $1,046.87 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 36.76 | 239.32 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0954 | XXXXXXXXX | 1046.87 |

Important Notes
Basis of pay: Hourly

Your federal taxable wages this period are $1,249.84

Matt Heavy Duty Mobile Diagnostics
102 Clarion Dr
Souderton, PA 18964

Pay Date: 07/19/2024

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX0954 | XXXXXXXXX | 1046.87 |

MATTHEW KRECKIE
54 Blue Spruce Road
Albrightsville, PA 18210-9407

# Earnings Statement

Period Starting: 07/17/2024
Period Ending: 07/23/2024
Pay Date: 07/26/2024

Taxable Filing Status: Head Of Household
Exemptions/Allowances:
Federal: Std W/H Table
State: 0
Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
Federal: 0.00 Addnl
State:
Local:

MATTHEW KRECKIE
54 Blue Spruce Road
Albrightsville, PA 18210-9407

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 34.0000 | 37.13 | 1262.42 | 9015.78 |
| Overtime | | | 0.00 | 575.28 |
| Holiday | | | 0.00 | 272.00 |
| Gross Pay | | | $1,262.42 | $9,863.06 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -56.13 | 522.22 |
| Social Security | -78.27 | 611.51 |
| Medicare | -18.30 | 143.01 |
| Pennsylvania State Income | -38.76 | 302.80 |
| Pennsylvania State UI | -0.89 | 6.91 |
| Hilltown T Local Income | -12.62 | 98.63 |
| Hilltown Twp Local Services | -1.00 | 7.00 |
| Net Pay | $1,056.45 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 37.13 | 276.45 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0954 | XXXXXXXXX | 1056.45 |

Important Notes
Basis of pay: Hourly

Your federal taxable wages this period are $1,262.42

Matt Heavy Duty Mobile Diagnostics
102 Clarion Dr
Souderton, PA 18964

Pay Date: 07/26/2024

Deposited to the account          account number    transit/ABA    amount
Checking DirectDeposit            XXXXXX0954        XXXXXXXXX      1056.45

THIS IS NOT A CHECK

MATTHEW KRECKIE
54 Blue Spruce Road
Albrightsville, PA 18210-9407

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / DAH 22522841 | 01/ | 7046333 | 1 of 1 |

Matt Heavy Duty Mobile Diagnostics
102 Clarion Dr
Souderton, PA 18964

# Earnings Statement 

Period Starting: 07/24/2024
Period Ending: 07/30/2024
Pay Date: 08/02/2024

Taxable Filing Status: Head Of Household
Exemptions/Allowances:
  Federal: Std W/H Table
  State: 0
  Local: 0
Tax Override:
  Federal: 0.00 Addnl
  State:
  Local:
Social Security Number: XXX-XX-XXXX

MATTHEW KRECKIE
54 Blue Spruce Road
Albrightsville, PA 18210-9407

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 34.0000 | 40.00 | 1360.00 | 10375.78 |
| Overtime | 51.0000 | 11.27 | 574.77 | 1150.05 |
| Holiday | | | 0.00 | 272.00 |
| Gross Pay | | | $1,934.77 | $11,797.83 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -166.82 | 689.04 |
| Social Security | -119.96 | 731.47 |
| Medicare | -28.06 | 171.07 |
| Pennsylvania State Income | -59.40 | 362.20 |
| Pennsylvania State UI | -1.35 | 8.26 |
| Hilltown T Local Income | -19.35 | 117.98 |
| Hilltown Twp Local Services | -1.00 | 8.00 |
| Net Pay | $1,538.83 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 51.27 | 327.72 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0954 | XXXXXXXXX | 1538.83 |

Important Notes
Basis of pay: Hourly

Your federal taxable wages this period are $1,934.77

Matt Heavy Duty Mobile Diagnostics
102 Clarion Dr
Souderton, PA 18964

Pay Date: 08/02/2024

THIS IS NOT A CHECK

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0954 | XXXXXXXXX | 1538.83 |

MATTHEW KRECKIE
54 Blue Spruce Road
Albrightsville, PA 18210-9407

# Earnings Statement

**ADP**

Period Starting: 07/31/2024
Period Ending: 08/06/2024
Pay Date: 08/09/2024

Taxable Filing Status: Head Of Household
Exemptions/Allowances:
  Federal:  Std W/H Table
  State:    0
  Local:    0
Tax Override:
  Federal: 0.00 Addnl
  State:
  Local:
Social Security Number: XXX-XX-XXXX

MATTHEW KRECKIE
54 Blue Spruce Road
Albrightsville, PA 18210-9407

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 34.0000 | 30.15 | 1025.10 | 11400.88 |
| Overtime | | | 0.00 | 1150.05 |
| Holiday | | | 0.00 | 272.00 |
| **Gross Pay** | | | **$1,025.10** | **$12,822.93** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -27.65 | 716.69 |
| Social Security | -63.55 | 795.02 |
| Medicare | -14.86 | 185.93 |
| Pennsylvania State Income | -31.47 | 393.67 |
| Pennsylvania State UI | -0.72 | 8.98 |
| Hilltown T Local Income | -10.25 | 128.23 |
| Hilltown Twp Local Services | -1.00 | 9.00 |
| **Net Pay** | **$875.60** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 30.15 | 357.87 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0954 | XXXXXXXXX | 875.60 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $1,025.10

---

Matt Heavy Duty Mobile Diagnostics
102 Clarion Dr
Souderton, PA 18964

Pay Date: 08/09/2024

**THIS IS NOT A CHECK**

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0954 | XXXXXXXXX | 875.60 |

MATTHEW KRECKIE
54 Blue Spruce Road
Albrightsville, PA 18210-9407

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RZ / DAH 22522841 | 01/ | 7066991 | 1 of 1 |

Matt Heavy Duty Mobile Diagnostics
102 Clarion Dr
Souderton, PA 18964

# Earnings Statement



Period Starting: 08/07/2024
Period Ending: 08/13/2024
Pay Date: 08/16/2024

Taxable Filing Status: Head Of Household
Exemptions/Allowances:
  Federal: Std W/H Table
  State: 0
  Local: 0
Tax Override:
  Federal: 0.00 Addnl
  State:
  Local:
Social Security Number: XXX-XX-XXXX

MATTHEW KRECKIE
54 Blue Spruce Road
Albrightsville, PA 18210-9407

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 34.0000 | 40.00 | 1360.00 | 12760.88 |
| Overtime | 51.0000 | 5.41 | 275.91 | 1425.96 |
| Holiday | | | 0.00 | 272.00 |
| Gross Pay | | | $1,635.91 | $14,458.84 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -101.07 | 817.76 |
| Social Security | -101.43 | 896.45 |
| Medicare | -23.72 | 209.65 |
| Pennsylvania State Income | -50.22 | 443.89 |
| Pennsylvania State UI | -1.14 | 10.12 |
| Hilltown T Local Income | -16.36 | 144.59 |
| Hilltown Twp Local Services | -1.00 | 10.00 |
| Net Pay | $1,340.97 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 45.41 | 403.28 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0954 | XXXXXXXXX | 1340.97 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are $1,635.91

---

Matt Heavy Duty Mobile Diagnostics
102 Clarion Dr
Souderton, PA 18964

Pay Date: 08/16/2024

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0954 | XXXXXXXXX | 1340.97 |

**THIS IS NOT A CHECK**

MATTHEW KRECKIE
54 Blue Spruce Road
Albrightsville, PA 18210-9407

| SHERWOOD FREIGHTLINER STERLING & WESTERN | | Voucher Date | Voucher Number |
|---|---|---|---|
| 107 MONAHAN AVENUE | | 11/8/2024 | 32459 |
| DUNMORE, PA 18512 | | | |
| *** This is not a check *** | | Direct Deposit Advice | |
| | | Direct Deposit Amount ****2,151.91 | |
| 10081 300-310 791 32459 71 | | | |
| MATTHEW KRECKIE | | | |
| 54 BLUE SPRUCE RD | | | |
| ALBRIGHTSVILLE, PA 18210 | | | |

*Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview*

| MATTHEW KRECKIE | November 08, 2024 | 32459 |
|---|---|---|

| Employee Id | 791 | Dept. | 300 - 310 | Period Begin | 10/20/2024 | Net Pay | 2,151.91 |
|---|---|---|---|---|---|---|---|
| SSN | | Hire Date | 10/21/2024 | Period End | 11/2/2024 | | |
| | | | | Check Type | Reg | Net Check | 0.00 |

### Earnings Summary

| Earnings | Hours | Rate | Amount | Year to Date |
|---|---|---|---|---|
| Regular | 80.50 | 32.000000 | 2,576.00 | 2,576.00 |
| **Total Gross Pay** | **80.50** | | **2,576.00** | **2,576.00** |

| Taxes | Status | Taxable | Amount | Year to Date |
|---|---|---|---|---|
| Federal Income Tax | H | 2,576.00 | 118.39 | 118.39 |
| Medicare | | 2,576.00 | 37.35 | 37.35 |
| Pennsylvania SITW | S | 2,576.00 | 79.08 | 79.08 |
| Lackawanna Tax Collection District Kidder T. | | 2,576.00 | 25.76 | 25.76 |
| Sugarloaf T(Luzerne) (Hazleton ASD) LST | | 2,576.00 | 2.00 | 2.00 |
| PA SUI - EE | | 2,576.00 | 1.80 | 1.80 |
| OASDI | | 2,576.00 | 159.71 | 159.71 |
| | | | 424.09 | 424.09 |

### Payment Summary

| | |
|---|---|
| Total Gross Pay | 2,576.00 |
| Federal Taxes | -315.45 |
| State and Local Taxes | -108.64 |
| Other Deductions | 0.00 |
| Net Pay | 2,151.91 |
| Direct Deposits | -2,151.91 |
| Net Check | 0.00 |

### Benefits & Additional Information

| Time Off | Hours | Dollars |
|---|---|---|

### Direct Deposits

| Bank | Account | Amount |
|---|---|---|
| CAPITAL ONE | Ends with ***0954 | 2,151.91 |
| | | 2,151.91 |

| | | | |
|---|---|---|---|
| SHERWOOD FREIGHTLINER STERLING & WESTERN<br>107 MONAHAN AVENUE<br>DUNMORE, PA 18512<br><br>*** This is not a check *** | | Voucher Date<br>11/22/2024<br><br>Direct Deposit Advice<br>Direct Deposit Amount ****2,294.56 | Voucher Number<br>32571 |

10081 300-310 791 32571 91

**MATTHEW KRECKIE**
54 BLUE SPRUCE RD

ALBRIGHTSVILLE, PA 18210

*Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview*

## MATTHEW KRECKIE     November 22, 2024     32571

| | | | | | |
|---|---|---|---|---|---|
| Employee Id | 791 | Dept. | 300 - 310 | Period Begin | 11/3/2024 |
| SSN | | Hire Date | 10/21/2024 | Period End | 11/16/2024 |
| | | | | Check Type | Reg |

| | | |
|---|---|---|
| Net Pay | | 2,294.56 |
| Net Check | | 0.00 |

### Earnings Summary

| Earnings | Hours | Rate | Amount | Year to Date |
|---|---|---|---|---|
| Overtime | 1.30 | 48.000000 | 62.40 | 62.40 |
| Regular | 84.40 | 32.000000 | 2,700.80 | 5,276.80 |
| **Total Gross Pay** | **85.70** | | **2,763.20** | **5,339.20** |

| Taxes | Status | Taxable | Amount | Year to Date |
|---|---|---|---|---|
| Federal Income Tax | H | 2,763.20 | 140.85 | 259.24 |
| Medicare | | 2,763.20 | 40.07 | 77.42 |
| Pennsylvania SITW | S | 2,763.20 | 84.83 | 163.91 |
| Lackawanna Tax Collection District Kidder T. | | 2,763.20 | 27.63 | 53.39 |
| Sugarloaf T(Luzerne) (Hazleton ASD) LST | | 2,763.20 | 2.00 | 4.00 |
| PA SUI - EE | | 2,763.20 | 1.94 | 3.74 |
| OASDI | | 2,763.20 | 171.32 | 331.03 |
| | | | 468.64 | 892.73 |

### Payment Summary

| | |
|---|---|
| Total Gross Pay | 2,763.20 |
| Federal Taxes | -352.24 |
| State and Local Taxes | -116.40 |
| Other Deductions | 0.00 |
| Net Pay | 2,294.56 |
| Direct Deposits | -2,294.56 |
| Net Check | 0.00 |

### Benefits & Additional Information

| Time Off | Hours | Dollars |
|---|---|---|

### Direct Deposits

| Bank | Account | Amount |
|---|---|---|
| CAPITAL ONE | Ends with ***0954 | 2,294.56 |
| | | 2,294.56 |

| SHERWOOD FREIGHTLINER STERLING & WESTERN | Voucher Date | Voucher Number |
|---|---|---|
| 107 MONAHAN AVENUE | 12/6/2024 | 32739 |
| DUNMORE, PA 18512 | | |
| *** This is not a check *** | Direct Deposit Advice | |
| | Direct Deposit Amount ****1,979.49 | |

10081 300-310 791 32739 143

MATTHEW KRECKIE
54 BLUE SPRUCE RD

ALBRIGHTSVILLE, PA 18210

---

| MATTHEW KRECKIE | December 06, 2024 | 32739 |
|---|---|---|

| Employee Id | 791 | Dept. | 300 - 310 | Period Begin | 11/17/2024 | Net Pay | 1,979.49 |
|---|---|---|---|---|---|---|---|
| SSN | | Hire Date | 10/21/2024 | Period End | 11/30/2024 | | |
| | | Check Type | Reg | | | Net Check | 0.00 |

### Earnings Summary

| Earnings | Hours | Rate | Amount | Year to Date |
|---|---|---|---|---|
| Overtime | 6.70 | 48.000000 | 321.60 | 384.00 |
| Bonus | 0.00 | | 0.00 | 1,135.92 |
| Holiday | 8.00 | 32.000000 | 256.00 | 256.00 |
| Regular | 71.70 | 32.000000 | 2,294.40 | 7,571.20 |
| **Total Gross Pay** | **86.40** | | **2,872.00** | **9,347.12** |

### Payment Summary

| | |
|---|---|
| Total Gross Pay | 2,872.00 |
| Federal Taxes | -373.61 |
| State and Local Taxes | -120.90 |
| Other Deductions | -398.00 |
| Net Pay | 1,979.49 |
| Direct Deposits | -1,979.49 |
| Net Check | 0.00 |

### Taxes

| Taxes | Status | Taxable | Amount | Year to Date |
|---|---|---|---|---|
| Federal Income Tax | H | 2,872.00 | 153.91 | 413.15 |
| Medicare | | 2,872.00 | 41.64 | 135.53 |
| Pennsylvania SITW | S | 2,872.00 | 88.17 | 286.95 |
| Lackawanna Tax Collection District Kidder T. | | 2,872.00 | 28.72 | 93.47 |
| Sugarloaf T(Luzerne) (Hazleton ASD) LST | | 2,872.00 | 2.00 | 6.00 |
| PA SUI - EE | | 2,872.00 | 2.01 | 6.54 |
| OASDI | | 2,872.00 | 178.06 | 579.52 |
| | | | 494.51 | 1,521.16 |

### Benefits & Additional Information

| Time Off | Hours | Dollars |
|---|---|---|

| Deductions | Amount | Year to Date |
|---|---|---|
| NJ Support | 398.00 | 398.00 |
| | 398.00 | 398.00 |

### Direct Deposits

| Bank | Account | Amount |
|---|---|---|
| CAPITAL ONE | Ends with ***0954 | 1,979.49 |
| | | 1,979.49 |

| | | | | | | |
|---|---|---|---|---|---|---|
| SHERWOOD FREIGHTLINER STERLING & WESTERN<br>107 MONAHAN AVENUE<br>DUNMORE, PA 18512<br><br>*** This is not a check *** | | | | | Voucher Date<br>12/6/2024 | Voucher Number<br>32740 |
| | | | | | Direct Deposit Advice<br>Direct Deposit Amount ****1,002.00 | |
| 10081 300-310 791 32740 144<br><br>MATTHEW KRECKIE<br>54 BLUE SPRUCE RD<br><br>ALBRIGHTSVILLE, PA 18210 | | | | | | |

| MATTHEW KRECKIE | December 06, 2024 | 32740 |
|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee Id | 791 | Dept. | 300 - 310 | Period Begin | 11/17/2024 | Net Pay | 1,002.00 |
| SSN | | Hire Date | 10/21/2024 | Period End | 11/30/2024 | | |
| | | | | Check Type | Reg | Net Check | 0.00 |

### Earnings Summary

| Earnings | Hours | Rate | Amount | Year to Date |
|---|---|---|---|---|
| Overtime | 0.00 | | 0.00 | 384.00 |
| Bonus | 0.00 | | 1,135.92 | 1,135.92 |
| Holiday | 0.00 | | 0.00 | 256.00 |
| Regular | 0.00 | | 0.00 | 7,571.20 |
| **Total Gross Pay** | **0.00** | | **1,135.92** | **9,347.12** |

| Taxes | Status | Taxable | Amount | Year to Date |
|---|---|---|---|---|
| Federal Income Tax | H | 1,135.92 | 0.00 | 413.15 |
| Medicare | | 1,135.92 | 16.47 | 135.53 |
| Pennsylvania SITW | S | 1,135.92 | 34.87 | 286.95 |
| Lackawanna Tax Collection District Kidder T. | | 1,135.92 | 11.36 | 93.47 |
| Sugarloaf T(Luzerne) (Hazleton ASD) LST | | 1,135.92 | 0.00 | 6.00 |
| PA SUI - EE | | 1,135.92 | 0.79 | 6.54 |
| OASDI | | 1,135.92 | 70.43 | 579.52 |
| | | | 133.92 | 1,521.16 |

| Deductions | Amount | Year to Date |
|---|---|---|
| NJ Support | 0.00 | 398.00 |
| | 0.00 | 398.00 |

### Direct Deposits

| Bank | Account | Amount |
|---|---|---|
| CAPITAL ONE | Ends with ***0954 | 1,002.00 |
| | | 1,002.00 |

### Payment Summary

| | |
|---|---|
| Total Gross Pay | 1,135.92 |
| Federal Taxes | -86.90 |
| State and Local Taxes | -47.02 |
| Other Deductions | 0.00 |
| Net Pay | 1,002.00 |
| Direct Deposits | -1,002.00 |
| Net Check | 0.00 |

### Benefits & Additional Information

| Time Off | Hours | Dollars |
|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| SHERWOOD FREIGHTLINER STERLING & WESTERN<br>107 MONAHAN AVENUE<br>DUNMORE, PA 18512<br><br>*** This is not a check *** | | | | Voucher Date<br>12/20/2024 | Voucher Number<br>32885 |
| | | | | Direct Deposit Advice | |
| | | | | Direct Deposit Amount ****1,714.87 | |

10081 300-310 791 32885 105

MATTHEW KRECKIE
54 BLUE SPRUCE RD

ALBRIGHTSVILLE, PA 18210

---

**MATTHEW KRECKIE**     December 20, 2024     32885

| Employee Id | 791 | Dept. | 300 - 310 | Period Begin | 12/1/2024 | Net Pay | 1,714.87 |
|---|---|---|---|---|---|---|---|
| SSN | | Hire Date | 10/21/2024 | Period End | 12/14/2024 | | |
| | | | | Check Type | Reg | Net Check | 0.00 |

### Earnings Summary

| Earnings | Hours | Rate | Amount | Year to Date |
|---|---|---|---|---|
| Overtime | 0.00 | | 0.00 | 384.00 |
| Bonus | 0.00 | | 0.00 | 1,135.92 |
| Holiday | 0.00 | | 0.00 | 256.00 |
| Regular | 78.90 | 32.000000 | 2,524.80 | 10,096.00 |
| **Total Gross Pay** | **78.90** | | **2,524.80** | **11,871.92** |

| Taxes | Status | Taxable | Amount | Year to Date |
|---|---|---|---|---|
| Federal Income Tax | H | 2,524.80 | 112.25 | 525.40 |
| Medicare | | 2,524.80 | 36.61 | 172.14 |
| Pennsylvania SITW | S | 2,524.80 | 77.51 | 364.46 |
| Lackawanna Tax Collection District Kidder T. | | 2,524.80 | 25.25 | 118.72 |
| Sugarloaf T(Luzerne) (Hazleton ASD) LST | | 2,524.80 | 2.00 | 8.00 |
| PA SUI - EE | | 2,524.80 | 1.77 | 8.31 |
| OASDI | | 2,524.80 | 156.54 | 736.06 |
| | | | 411.93 | 1,933.09 |

| Deductions | Amount | Year to Date |
|---|---|---|
| NJ Support | 398.00 | 796.00 |
| | 398.00 | 796.00 |

### Payment Summary

| | |
|---|---|
| Total Gross Pay | 2,524.80 |
| Federal Taxes | -305.40 |
| State and Local Taxes | -106.53 |
| Other Deductions | -398.00 |
| Net Pay | 1,714.87 |
| Direct Deposits | -1,714.87 |
| Net Check | 0.00 |

### Benefits & Additional Information

| Time Off | Hours | Dollars |
|---|---|---|

### Direct Deposits

| Bank | Account | Amount |
|---|---|---|
| CAPITAL ONE | Ends with ***0954 | 1,714.87 |
| | | 1,714.87 |