UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    MATTHEW R KRECKIE | : | |
|       Debtor | : | CHAPTER 13 |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
|       Movant | : | CASE NO. 5-25-bk-00026 |
| | : | |
| MATTHEW R KRECKIE | : | |
|       Respondent | : | |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 12th day of February 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1. Trustee avers that Debtor(s)' Plan cannot be administered due to the lack of the following:

   a. Debtor(s) has not provided to Trustee pay stubs for the month(s) of January 2025.

WHEREFORE, Trustee alleges and avers that Debtor(s)' Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

    b. Deny confirmation of Debtor(s)' Plan.
    c. Dismiss or convert Debtor(s)' case.
    d. Provide such other relief as is equitable and just.

                              Respectfully submitted:

                              Jack N. Zaharopoulos
                              Standing Chapter 13 Trustee
                              8125 Adams Drive, Suite A
                              Hummelstown, PA 17036
                              (717) 566-6097

                    BY: /s/ Douglas R. Roeder
                              Attorney for Trustee

# CERTIFICATE OF SERVICE

      AND NOW, this 12th day of February 2025, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

JASON M. RAPA, ESQUIRE
141 S. 1ST STREET
LEHIGHTON, PA   18235-

                                              /s/Tammy Life
                                              Office of Jack N. Zaharopoulos
                                              Standing Chapter 13 Trustee