United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                               Case No. 25-00026-MJC
Matthew R Kreckie                           Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                             User: AutoDocke                                Page 1 of 2
Date Rcvd: Feb 10, 2025                   Form ID: ntcnfhrg                             Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew R Kreckie, 54 Blue Spruce Rd., PO Box 340, Albrightsville, PA 18210-0340 |
| 5680441 | + | Holiday Pocono Civic Assn. Inc, PO Box 57, 2428 SR 534 West, Albrightsville, PA 18210-3769 |
| 5680442 | + | Kidder Township, 10 Lake Harmony Road, PO BOX 576, Lake Harmony, PA 18624-0576 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5680438 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 10 2025 18:43:30 | Affirm INC., 650 California St., Floor 12, San Francisco, CA 94108-2716 |
| 5680439 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 10 2025 18:56:31 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5680440 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 10 2025 18:39:00 | Dept of Ed/ NELNET, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 5680443 | ^ | MEBN | Feb 10 2025 18:35:45 | KML Law Group, P.C., BNY Mellon Independence Center, 701 Market St. Suite, 5000, Philadelphia, PA 19106-1541 |
| 5680444 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 10 2025 18:39:00 | Midland Credit Management, 320 E. Big Beaver Rd., Troy, MI 48083-1271 |
| 5680445 | + | Email/PDF: ebnotices@pnmac.com | Feb 10 2025 18:43:41 | Pennymac Loan Services, 3043 Towngate Road Suite 200, Westlake Village, CA 91361-3027 |
| 5680446 | ^ | MEBN | Feb 10 2025 18:36:00 | Ratchford Law Group, PC, 54 Glenmaura National Blvd., Suite 104, Moosic, PA 18507-2161 |
| 5680447 | + | Email/Text: cs@securitycreditservicesllc.com | Feb 10 2025 18:39:00 | Security Credit Services, 2653 West Oxford Loop, Oxford, MS 38655-5442 |
| 5681177 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Feb 10 2025 18:43:30 | U.S. Department of Housing and Urban Development, The Strawbridge Building, 12th Floor, 801 Market Street, Philadelphia, PA 19107 |
| 5682661 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 10 2025 18:39:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 12, 2025     Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jason M Rapa | on behalf of Debtor 1 Matthew R Kreckie jrapa@rapalegal.com secretary@rapalegal.com;jheffelfinger@rapalegal.com;rapa.jasonr115952@notify.bestcase.com;reception@rapalegal.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Matthew R Kreckie,

**Debtor 1**

Chapter 13

Case No. 5:25−bk−00026−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**March 13, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: March 20, 2025 Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: LyndseyPrice, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 10, 2025 |

ntcnfhrg (08/21)