United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Matthew R Kreckie  
    Debtor

Case No. 25-00026-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2  
Date Rcvd: Jun 13, 2025      Form ID: ordsmiss      Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew R Kreckie, 54 Blue Spruce Rd., PO Box 340, Albrightsville, PA 18210-0340 |
| 5680441 | + | Holiday Pocono Civic Assn. Inc, PO Box 57, 2428 SR 534 West, Albrightsville, PA 18210-3769 |
| 5680442 | + | Kidder Township, 10 Lake Harmony Road, PO BOX 576, Lake Harmony, PA 18624-0576 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5680438 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 13 2025 18:49:07 | Affirm INC., 650 California St., Floor 12, San Francisco, CA 94108-2716 |
| 5690719 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2025 18:38:42 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5695757 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2025 18:38:42 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5680439 | + | EDI: CAPITALONE.COM | Jun 13 2025 22:37:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5680440 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 13 2025 18:37:00 | Dept of Ed/ NELNET, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 5680443 | ^ | MEBN | Jun 13 2025 18:34:40 | KML Law Group, P.C., BNY Mellon Independence Center, 701 Market St. Suite, 5000, Philadelphia, PA 19106-1541 |
| 5680444 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 13 2025 18:37:00 | Midland Credit Management, 320 E. Big Beaver Rd., Troy, MI 48083-1271 |
| 5694754 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 13 2025 18:37:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5690726 | + | Email/PDF: ebnotices@pnmac.com | Jun 13 2025 18:49:23 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5680445 | + | Email/PDF: ebnotices@pnmac.com | Jun 13 2025 18:49:24 | Pennymac Loan Services, 3043 Towngate Road Suite 200, Westlake Village, CA 91361-3027 |
| 5693002 | | EDI: Q3G.COM | Jun 13 2025 22:37:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5680446 | ^ | MEBN | Jun 13 2025 18:34:45 | Ratchford Law Group, PC, 54 Glenmaura National Blvd., Suite 104, Moosic, PA 18507-2161 |
| 5680447 | + | Email/Text: cs@securitycreditservicesllc.com | Jun 13 2025 18:37:00 | Security Credit Services, 2653 West Oxford Loop, Oxford, MS 38655-5442 |
| 5681177 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 13 2025 18:37:48 | U.S. Department of Housing and Urban Development, The Strawbridge Building, 12th |

| 5682661 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 13 2025 18:37:00 | Floor, 801 Market Street, Philadelphia, PA 19107 US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| --- | --- | --- | --- |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2025 at the address(es) listed below:

**Name**     **Email Address**

Denise E. Carlon
on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos
ecf_pahu_alt@trustee13.com

Jason M Rapa
on behalf of Debtor 1 Matthew R Kreckie jrapa@rapalegal.com
secretary@rapalegal.com;jheffelfinger@rapalegal.com;rapa.jasonr115952@notify.bestcase.com;reception@rapalegal.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Matthew R Kreckie,      Chapter    13

    **Debtor 1**

Case No.    5:25−bk−00026−MJC

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

Dated: June 13, 2025

ordsmiss (05/18)